# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**MAGDALENA RICHARDS,**

        Plaintiff,

v.                                    **CASE NUMBER: 3:12-CV-1086 (FJS)**

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

        Defendant.

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's motion for judgment on the pleadings is **DENIED**, and Defendant's motion for judgment on the pleadings is **GRANTED**. Judgment is entered in favor of Defendant.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, Jr. dated the 31st day of March, 2015.

DATED: March 31, 2015

_____
Clerk of Court

_____
Nicole Eallonardo
Deputy Clerk